UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Brandon Jones | Case No. 14-mj-5551 (KMW)<br><br>**CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Michael Angermeier, Special Assistant U.S. Attorney, appearing), and defendant (John F. Renner, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations, the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of the his initial appearance, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation and investigation of this matter;

(2) Both the United States and the defendant desire additional time to explore the possibility a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

1

(3) The United States has submitted a large amount of pre-indictment discovery to defendant recently.

(4) Defendant has recently been assigned John F. Denner, Esq. as defense counsel and both the United States and defense counsel wish to allow defense counsel adequate time to familiarize himself with discovery and meet with defendant regarding the contents of that discovery.

(5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 11th day of May, 2015,

ORDERED that this action be, and hereby is, continued for a period not to exceed 60 days from May 11, 2015, to July 10, 2015; and it is further

ORDERED that the period from May 11, 2015 through July 10, 2015, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE KAREN M. WILLIAMS
United States Magistrate Judge

_____
Michael Angermeier
Special Assistant U.S. Attorney

_____
John F. Renner, Esq.
Counsel for defendant Brandon Jones

2